1  Jason G. Revzin
   Nevada Bar No. 8629
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, Nevada  89118
4  Telephone: (702) 893-3383
   Facsimile:  (702) 893-3789
5  Email: jason.revzin@lewisbrisbois.com
6  COUNSEL FOR DEFENDANT TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA SELVAGGIO,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL BANK, TRANS UNION LLC and<br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:17-cv-00749-APG-GWH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Debra Selvaggio ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On March 15, 2017, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 27, 2017.  Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.  Plaintiff has agreed to extend the deadline in which Trans Union has to

/ / /

/ / /

/ / /

file responsive pleadings to Plaintiff's Complaint until July 27, 2017. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: June 22, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Jason G. Revzin
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com

**COUNSEL FOR TRANS UNION LLC**

**LAW OFFICES OF NICHOLAS M PORRAS**

/s/ Nicholas M. Porras
Nicholas M. Porras
201 West Liberty, Suite 207
Reno, NV 89501
Telephone: (775) 525-9246
Email: nporras@gmail.com

Devan Elise Michael
McCarthy Law PLC
4250 N. Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251
Telephone: (602) 559-9508
Facsimile: (602) 218-4447
Email: devan.michael@mccarthylawyer.com

**COUNSEL FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED.

Dated this __23rd__ day of ____June____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE