**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Debra Selvaggio, | Case No.: 2:17-CV-00749-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DISMISSING** |
| | **EQUIFAX INFORMATION SERVICES** |
| Department Stores National Bank, Trans Union LLC, and Equifax Information Services LLC, | **LLC WITH PREJUDICE** |
| Defendants. | |

The Court having considered Plaintiff's Notice of Dismissal with prejudice as to Equifax Information Services LLC, and good cause appearing,

IT IS ORDERED that Plaintiff's Dismissal is granted. This action is dismissed with prejudice as to Defendant Equifax Information Services LLC only, with each party to bear its own attorneys' fees and costs.

Dated: September 27, 2017.

_____
UNITED STATES DISTRICT JUDGE