# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Debra Selvaggio,<br><br>    Plaintiff,<br><br>v.<br><br>Department Stores National Bank, Trans Union LLC, and Equifax Information Services LLC,<br><br>    Defendants. | Case No.: 2:17-CV-00749-APG-GWF<br><br>**ORDER DISMISSING TRANS UNION LLC WITH PREJUDICE** |

The Court having considered Plaintiff's Notice of Dismissal with prejudice as to Trans Union LLC, and good cause appearing,

IT IS ORDERED that Plaintiff's Dismissal is granted. This action is dismissed with prejudice as to Defendant Trans Union LLC, with each party to bear its own attorneys' fees and costs.

Dated: November 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

1